USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Labit,<br><br>    Plaintiff,<br><br>  –v–<br><br>Duane Reade, Inc.,<br><br>    Defendant. | 19-cv-8057 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

  In light of the extension of time to complete discovery, *see* Dkt. No. 26, the post-discovery conference in this matter scheduled for January 22, 2021 is hereby adjourned to June 9, 2021.

  SO ORDERED.

Dated: January 19, 2021
   New York, New York

                _____
                  ALISON J. NATHAN
                  United States District Judge