UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/2021

Labit,

        Plaintiff,

—v—

Duane Reade Inc.,

        Defendant.

19-cv-08057 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of the Court's most recent discovery deadline extension, the conference scheduled for June 9, 2021 is adjourned to October 8, 2021 at 3:45 P.M.

SO ORDERED.

Dated: June 3, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1