USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Labit,<br><br>                  Plaintiff,<br><br>    –v–<br><br>Duane Reade Inc.,<br><br>                  Defendant. | 19-cv-8057 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

A post-discovery status conference is scheduled in this case for October 8, 2021 at 10:30 a.m. Due to the ongoing pandemic, the Court will hold the conference telephonically.

It is hereby ordered that within <u>five days</u> prior to the post-discovery status conference, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP;

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates; and

5) **Indicate whether they can do without a conference altogether.**
SO ORDERED.

Dated: September 24, 2021
      New York, New York

                                                 ALISON J. NATHAN
                                         United States District Judge