```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Labit,

               Plaintiff,

     –v–

Duane Reade Inc.,

               Defendants.

19-cv-08057 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

     The post-discovery status conference scheduled for October 8, 2021 is adjourned to January 28, 2022 at 3:45 P.M. in light of Judge Aaron's order extending discovery 120 days. Dkt. No. 39.

     SO ORDERED.

Dated: September 27, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1